IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,  )
          Plaintiff,  )  2:10-cv-00863-GEB-GGH
            v.  )
              )  <u>ORDER CONTINUING STATUS</u>
              )  <u>(PRETRIAL SCHEDULING)</u>
THE REALTY ASSOCIATES FUND VIII,  )  <u>CONFERENCE; FED. R. CIV. P.</u>
LP,  )  <u>4(m) NOTICE</u>
          Defendant.  )
_____  )

        Plaintiff's Status Report filed on July 9, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for July 26, 2010, is continued to September 20, 2010, at 9:00 a.m. A further joint status report shall be filed no later than (14 days prior).

        Further, Plaintiff is **notified under Rule 4(m) of the Federal Rules of Civil Procedure that The Realty Associates Fund, LLC may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within the 120 day period prescribed in that Rule in a filing due no later than 4:00 p.m. on August 12, 2010.**

        IT IS SO ORDERED.

Dated: July 16, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge