IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,  )
                )   2:10-cv-00863-GEB-GGH
       Plaintiff,   )
                )
       v.       )   ORDER CONTINUING
                )   <u>STATUS (PRETRIAL SCHEDULING)</u>
THE REALTY ASSOCIATES FUND VIII,  )   <u>CONFERENCE</u>
LP,             )
                )
       Defendant.   )
_____  )

Plaintiff states in his Status Report ("SR") filed on September 3, 2010:

> Since plaintiff's last status report, defendant The Realty Associates Fund VIII, LP was served with plaintiff's complaint on July 20, 2010. When defendant did not answer the complaint on or before the August 10, 2010 due date, Plaintiff mailed The Realty Associates Fund VIII, LP's authorized agent for service a certified letter notifying them that if they did not appear by September 16, 2010, plaintiff would take their default.

(ECF No. 11, 2:4-10.)

Therefore, the status conference scheduled for September 20, 2010, is continued to commence at 9:00 a.m. on December 13, 2010. If Defendant appears in this action, a Joint Status Report shall be filed fourteen (14) days prior to the status conference. Alternatively, if the Defendant does not appear in this action, Plaintiff shall file a Status Report fourteen (14) days prior to the status conference in which he is only required to explain the status of the default judgment. If

Plaintiff fails to file a motion for entry of default judgment, he shall file an explanation as to why this case should not be dismissed for failure to prosecute no later than fourteen (14) days prior to the status conference.

    IT IS SO ORDERED.

Dated: September 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge