IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,  )
                )   2:10-cv-00863-GEB-GGH
         Plaintiff,   )
                )
     v.          )   ORDER CONTINUING STATUS
                )   (PRETRIAL SCHEDULING)
THE REALTY ASSOCIATES FUND VIII,   )   CONFERENCE
LP,             )
                )
         Defendant.   )
_____  )

Plaintiff states in his Status Report ("SR") filed on November 30, 2010,

> To date, no pleading has been filed by The Realty Associates Fund VIII, LP. Plaintiff has received no correspondence from this defendant.
>
> On September 24, 2010, Plaintiff filed a Request for Entry of Default as to The Realty Associates Fund VIII, LP. Clerk's Certificate of Entry of Default as to The Realty Associates Fund VIII, LP was filed the same day.
>
> Plaintiff is attempting to resolve the matter prior to filing a motion for court judgment, and anticipates filing said motion within 30 days if the matter cannot be resolved.

(ECF No. 15, 2:8-16.)

Plaintiff shall file a motion for entry of default judgment within thirty days of the date on which this Order is filed. Further, the status conference scheduled for December 13, 2010, is continued to commence at 9:00 a.m. on March 28, 2011. If Defendant appears in this action, a Joint Status Report shall be filed fourteen (14) days prior to

1

1   the status conference. Alternatively, if the Defendant does not appear
2   in this action, Plaintiff shall file a Status Report fourteen (14) days
3   prior to the status conference in which he is only required to explain
4   the status of the default judgment. If Plaintiff fails to file a motion
5   for entry of default judgment, he shall file an explanation as to why
6   this case should not be dismissed for failure to prosecute no later than
7   fourteen (14) days prior to the status conference.
8           IT IS SO ORDERED.
9   Dated:  December 6, 2010

11  _____
    GARLAND E. BURRELL, JR.
12  United States District Judge